**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

JIM R. HARRIS, JR.,                )
                                   )
      Movant,                 )
                                   )
    v.                             )          No. 1:13-CV-66-CEJ
                                   )
UNITED STATES OF AMERICA,          )
                                   )
      Respondent.            )

**<u>MEMORANDUM AND ORDER</u>**

      This matter is before the Court on movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [Doc. #1].  The motion was not drafted on the form that Court requires for filing motions to vacate.  Local Rule 2.06(A) authorizes the Court to order pro se parties to utilize the Court's forms, where applicable.  In this instance, the Court will order movant to file an amended motion to vacate on a Court-provided form.  Movant is advised that the amended motion will take the place of his original filing and will be the only motion to vacate that this Court reviews.

      Accordingly,

      **IT IS HEREBY ORDERED** that the Clerk shall provide movant with a copy of the form for a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that movant shall file an amended motion on the court-provided form no later than **July 7, 2013**.

**IT IS FURTHER ORDERED** that if movant fails to comply with this Order, this action will be dismissed without prejudice and without further notice to him.

Dated this 30th day of May, 2013.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE